IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OCTAVIOUS HODGES**  **PLAINTIFF**
**#2200000361**

V.   NO. 4:23-cv-00379-LPR-JJV

**JOHN GRAEF, et al.**   **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Joe J. Volpe.[1]  No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD and careful consideration of the record in this case, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff may proceed with his excessive force claim against Defendant Graef in his individual capacity only.  All other claims against Defendant Graef are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Dallas County Detention Center is DISMISSED with prejudice because it is not a proper party.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 9th day of November 2023.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 6.